ALAN E. NORRIS, Circuit Judge,
concurring.
As the district court recognized in its opinion granting summary judgment, this lawsuit arose from an unfortunate series of events marked by a combination of “a marital dispute and a parental concern for children, perhaps inadequate communication among law enforcement, distraught and emotional participants, and perhaps, overreaction by the police.” Memorandum Option at 2. While Chief Riggs’ decision to arrest Mrs. Nails may have been ill-advised with the benefit of hindsight, not every questionable decision on the part of law enforcement arises to the level of a constitutional tort. In this case, I would affirm the conclusion of the district court that “[biased on the [] facts as they appeared at the time of arrest, a reasonable and prudent officer had sufficient evidence to establish probable cause to arrest Plaintiff for disorderly conduct,” Id at 6.
In all other respect, I concur in the opinion of the majority.